UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

LOREN ALVAREZ, on behalf of herself and all others similarly situated,

Plaintiff,

v.    Case No. 1:24-cv-02847-PAB-SBP

TTEC SERVICES CORPORATION,

Defendants.

**PLAINTIFF'S REPLY SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD/SUBSTITUTE TWO NAMED PLAINTIFFS**

On September 12, 2025, consistent with the Court's August 29, 2025 Order (DN 51), Plaintiff moved for leave to file an Amended Complaint for the purpose of adding Plaintiffs Guadalupe Vega and Lamis Baker as Substitute Named Plaintiffs. (DN 52). On October 3, 2025, Defendant filed its opposition to the Motion claiming that the sought amendment was futile on the alleged basis that Vega and Baker both had enforceable arbitration agreements. *See* generally DN 56.

On July 25, 2025 Defendant moved to compel arbitration against Ms. Baker and on September 24, 2025 it moved for the same relief with respect to Ms. Vega. (DN 46 and 54, respectfully). Plaintiff timely filed oppositions to each motion. (DN 49 and 57). Thus, the questions of whether Ms. Baker and/or Ms. Vega signed an arbitration agreement, and if so, whether such agreements are enforceable are already before the Court. Plaintiff submits that the sought amendment is not futile as neither Ms. Baker

1

nor Ms. Vega can be properly compelled to arbitration for the reasons stated in those opposition briefs. Defendant obviously contends otherwise.

Plaintiffs believe that the best path is to grant their amendment and allow Ms. Baker and Ms. Vega to serve as substitute Plaintiffs, fully joining them to the case, and to then determine whether the Defendant's Motions to compel arbitration should be granted. Defendant's opposition to the amendment puts the cart before the horse and assumes futility based on a ruling it has not yet, and may never, secure.[1]

## CONCLUSION

Accordingly, the Court should grant Plaintiff's Motion for Leave to Amend to Add/Substitute Two Named Plaintiffs.

Respectfully Submitted,

*/s/Zev Antell*
Craig Juraj Curwood (VSB No. 43975)
Zev Antell (VSB No. 74634)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Tel: 804-648-4848
Fax: 804-237-0413
Email: zev@butlercurwood.com
         craig@butlercurwood.com

*/s/Timothy Lawrence Coffield*
Timothy Lawrence Coffield (VSB No. 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
Tel: 434-218-3133

---

[1] If the amendment is granted, Plaintiffs intend to renew their Motion for Conditional Certification. Plaintiff contends that in such circumstances, consistent with Tenth Circuit precedent, that a determination with respect to the arbitrability of Ms. Baker and Ms. Vega's claims should be reserved for step two of the certification process. *See* DN 57 at 4.

2

Fax: 434-321-1636
Email: tc@coffieldlaw.com

Counsel for Plaintiffs and Putative Class and Collective

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2025 a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will send Notification of Electronic Filing (NEF) to all counsel of record.

/s/Zev Antell            /
Counsel for Plaintiffs and Putative Class and Collective